

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00316-CV

**LAREDO JET CENTER, LLC**,
Appellant

v.

**CITY OF LAREDO**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2016CVF003042D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order that appellant Laredo Jet Center, LLC vacate the premises is VACATED. We REVERSE the portion of the trial court's judgment that dismisses appellant Laredo Jet Center, LLC's claim and cause of action for quantum meruit and REMAND that claim and cause of action to the trial court for further proceedings. All other portions of the trial court's judgment are AFFIRMED.

SIGNED July 25, 2018.

Luz Elena D. Chapa, Justice